UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-882 (SDW) |
| v. : | ORDER |
| : | |
| CHARISSE LAROCHE : | |

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of Charisse LaRoche, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Ms. LaRoche having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 6th day of October ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for Charisse LaRoche.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent Charisse LaRoche, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

_____
Honorable Susan D. Wigenton, U.S.D.J.