PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Charisse LaRoche

Cr.: 07-00882-001
PACTS Number: 48766

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 08/11/09

Original Offense: Conspiracy to Import Cocaine

Original Sentence:  Time Served;  5 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/10/09

## PETITIONING THE COURT

[  ]    To extend the term of supervision for          Years, for a total term of          Years.
[X]    To modify the conditions of supervision as follows.  The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court.  As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Office shall supervise your compliance with this condition.

## CAUSE

On October 27, 2011, LaRoche was diagnosed with major depression and post traumatic stress disorder.

Respectfully submitted,

By:  Elisa Martinez
     U.S. Probation Officer
     Date:  11/01/2011

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[  ]  The Extension of Supervision as Noted Above
[  ]  No Action
[  ]  Other

_____
Signature of Judicial Officer